JOHN MAKOSKI, as Administrator of the Estate of SYLVESTER MAKOSKI, Deceased, Respondent, *v.* UNION BAG AND PAPER COMPANY, Appellant.

*Makoski* v. *Union Bag & Paper Co.,* 142 App. Div. 915, affirmed. (Argued June 13, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Nash Rockwood* and *L. B. McKelvey* for appellant.

*Benjamin P. Wheat, Edgar T. Brackett* and *Irving W. Wiswall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ.  Absent: HISCOCK, J.